

# NUMBER 13-10-00020-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE: KNAPP MEDICAL CENTER

---

## On Petition for Writ of Mandamus.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Benavides
### Memorandum Opinion Per Curiam[1]

Relator, Knapp Medical Center, filed a petition for writ of mandamus in the above cause on January 20, 2010. The Court ordered the real parties in interest, Aracely Ramos, individually and as next friend of Juan Ramos, Ofelia Ramos, and Amanda Ramos, by and through counsel, to file a response to relator's petition for writ of mandamus, and such response has been duly filed.

Relator has now filed a motion to dismiss this original proceeding. The Court, having considered the documents on file and relator's motion to dismiss the petition for writ

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

of mandamus, is of the opinion that the motion should be granted.  Accordingly, this original proceeding is DISMISSED without reference to the merits.  Any pending motions are likewise DISMISSED.

PER CURIAM

Delivered and filed the
9th day of February, 2010.